WENDY MEDURA KRINCEK, ESQ., Bar # 6417
MATTHEW T. CECIL, ESQ., Bar # 9525
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:       702.862.8811

Attorneys for Defendant
HEALTH PLAN OF NEVADA, INC..

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINA RECCHIO, an individual,<br><br>  Plaintiff,<br><br>vs.<br><br>HEALTH PLAN OF NEVADA , INC. a Nevada Corporation; DOES 1 through 10 inclusive, ROES CORPORATIONS/ENTITIES 1 through 10 inclusive,<br><br>  Defendant. | Case No. 2:14-CV-01867-RFB-PAL<br><br>**STIPULATION TO DISMISS ENTIRE MATTER WITH PREJUDICE** |

Plaintiff CHRISTINA RECCHIO and Defendant HEALTH PLAN OF NEVADA, INC. by and through their respective counsel of record, having mutually agreed to resolve this matter, hereby stipulate and respectfully request the Court order that this matter, Case Number 2:14-cv-01867-RFB-PAL, be dismissed with prejudice.

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

Each party shall bear its own costs and fees incurred in this dispute.

| | |
|---|---|
| Dated: April 8, 2015 | Dated: April 8, 2015 |
| Respectfully Submitted | Respectfully Submitted |
| /s/ M. Lani Esteban-Trinidad | /s/ Matthew T. Cecil |
| M. LANI ESTEBAN-TRINIDAD, ESQ. | WENDY MEDURA KRINCEK, ESQ. |
| ESTEBAN-TRINIDAD LAW, P.C. | MATTHEW T. CECIL, ESQ. |
| | LITTLER MENDELSON, P.C. |
| Attorneys for Plaintiff | |
| Christina Recchio | Attorneys for Defendant |
| | Health Plan of Nevada, Inc. |

**ORDER**

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 22nd day of April, 2015.

Firmwide:132805116.1 047515.1147

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

2.